United States District Court
For the Southern District of New York

Patrick C. English, Esq. (PCE 7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc.

_____

| | |
|---|---|
| **NEW JERSEY SPORTS PRODUCTIONS, INC** d/b/a **MAIN EVENTS** : : **Plaintiff,** : : v. : : **PANOS ELIADES, PANIX PROMOTIONS, LTD., PANIX OF THE U.S., INC., BANNER PROMOTIONS, INC., DON KING PRODUCTIONS, INC. AND JOHN DOES 1-5** : : **Defendants.** : | Civil Action No. 1:06-cv-1509<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

_____

    1)    New Jersey Sports Productions, Inc., d/b/a Main Events, is not a publicly held corporation or other publicly held entity.

    2)    New Jersey Sports Productions, Inc. does not have any parent corporations.

    3)    New Jersey Sports Productions, Inc. does not own 10% or more of stock owned by a publicly held entity.

    4)    There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

    5)    New Jersey Sports Productions, Inc. is not a trade association.

                          DINES AND ENGLISH, L.L.C.

BY: _____
PATRICK C. ENGLISH
Attorney for Plaintiff
New Jersey Sports Productions, Inc.,
d/b/a Main Events

Date: February 21, 2006