# DAVIDOFF MALITO & HUTCHER LLP

GARDEN CITY
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 248-6400

NEW JERSEY
744 BROAD STREET, FL. 16
NEWARK, N.J. 07102
(973) 735-0543

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-0230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

WRITER'S DIRECT: 646-428-3248
E-MAIL: lkh@dmlegal.com

April 3, 2006

**Via Facsimile – 212-805-7901**

Hon. Howard Baer, Jr.
United States District Court Judge
United States District Court
800 Pearl Street, Chambers 3230
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-06

Re:  New Jersey Sports Productions, Inc. v. Panos Eliades, et al.
     Case No. 1:06-cv-01509-HB

Dear Judge Baer:

We are the attorneys for Defendants Panos Eliades and Panix of the U.S., Inc. in the above-referenced action. We are writing to seek the Court's approval of an adjournment of the above named Defendants' time to answer, move or respond to the Complaint until April 28, 2006. Plaintiff's counsel has consented to this adjournment. A copy of the docket is attached.

Thank you for your attention to this matter.

Respectfully submitted,

Larry Hutcher /kl
Larry Hutcher

cc:  Patrick Charles English, Esq. (via facsimile)

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

00340544