DAVIDOFF MALITO & HUTCHER LLP
Larry Hutcher (LH-8327)
Ella A. Kohn (EK-5296)
605 Third Avenue
New York, New York 10158
(212) 557-7200
*Attorneys for Defendants Panos Eliades and Panix of the U.S., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEW JERSEY SPORTS PRODUCTIONS, INC.
d/b/a MAIN EVENTS,

                          Plaintiff,

        - against -

PANOS ELIADES, PANIX PROMOTIONS,
LTD., PANIX OF THE U.S., INC.,
BANNER PROMOTIONS, INC.,
DON KING PRODUCTIONS, INC.
AND JOHN DOES 1-5,

                          Defendants.

-----------------------------------------------------------------X

Index No. 06 Civ. 1509

**STATEMENT**
**PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Panix of the U.S, Inc. (a private non-governmental party), certifies that it is not publicly held and has no corporate parent, subsidiary or affiliate which is publicly held.

Dated: New York, New York
       April 28, 2005

                          DAVIDOFF MALITO & HUTCHER LLP

                          By: _____
                             Larry Hutcher (LH-8327)
                             Ella A. Kohn (EK-5296)
                             *Attorneys for Defendants*
                             *Panos Eliades and*
                             *Panix of the U.S., Inc.*
                             605 Third Avenue
                             New York, New York 10158
                             (212) 557-7200

00341736

TO:    Patrick C. English, Esq.
Dines and English
*Attorneys for Plaintiff*
685 Van Houten Avenue
Clifton, NJ 07013
(973) 778-7575

Pinsent Masons, Esq.
*Attorneys for Panix Promotions, Ltd.*
100 Barbirolli Square
Manchester, England M2 3SS

Raymond A. Levites, Esq.
Levites & Associates, LLC
*Attorneys for Banner Productions, Inc.*
1251 Avenue of the Americas
Suite 920
New York, NY 10020
(212) 688-0500

James J. Binns, Esq.
James J. Binns, P.C.
*Attorneys for Don King Productions, Inc.*
Suite 300
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1037

00341736

STATE OF NEW YORK    )
                                          )ss.:
COUNTY OF NEW YORK  )

    NARCISSUS F. THOMAS, being duly sworn, deposes and says; deponent is not a party to the action, is over 18 years of age and resides at Kings County, New York State.

    On April 28, 2006, deponent caused to be served the within **STATEMENT PURSUANT TO RULE 7.1**, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York addressed to the following person(s) at their last known address set forth after each name:

    Patrick C. English, Esq.
    Dines and English
    *Attorneys for Plaintiff*
    685 Van Houten Avenue
    Clifton, NJ 07013

    Pinsent Masons, Esq.
    *Attorneys for Panix Promotions, Ltd.*
    100 Barbirolli Square
    Manchester, England M2 3SS

    Raymond A. Levites, Esq.
    Levites & Associates, LLC
    *Attorneys for Banner Productions, Inc.*
    1251 Avenue of the Americas
    Suite 920
    New York, NY 10020

    James J. Binns, Esq.
    James J. Binns, P.C.
    *Attorneys for Don King Productions, Inc.*
    Suite 300
    925 Harvest Drive
    Blue Bell, PA 19422

                                                                                Narcissus F. Thomas

Sworn to before me this
28th day of April, 2006

    MARGARET L. GRAHAM
    NOTARY PUBLIC
    STATE OF NEW YORK
    NO. 01GR4972568
    QUALIFIED IN DELAWARE COUNTY
    COMMISSION EXPIRES OCTOBER 1, 20___

00329717.4