AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

New Jersey Sports Productions, Inc.

v.

Panos Eliades, et. al.

**APPEARANCE**

Case Number: 06 CV 1509 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

New Jersey Sports Productions, Inc.

I certify that I am admitted to practice in this court.

May 12, 2006
Date

*Signature*

Jason M. Santarcangelo | JMS 4492
Print Name | Bar Number

Dines and English, L.L.C., 685 Van Houten Ave.
Address

Clifton, NJ 07013
City   State   Zip Code

(973) 778-7575 | (973) 778-7633
Phone Number | Fax Number