New Jersey sports   ELECTRONICALLY FILED
             DOC #: _____
v.            DATE FILED: 6/13/06

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

Eliades

06 Civ. 1509 (HB) (JF)

--------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge Francis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
Issue set forth in plaintiff's letter dated June 9, 2006

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: 6/12 - 7/11/06

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: ___

___ **Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
          6/12/06

_____
United States District Judge

Revised: 8/29/05