**MEMO ENDORSED**

## DINES AND ENGLISH, L.L.C.
ATTORNEYS AT LAW
685 VAN HOUTEN AVENUE
CLIFTON, NEW JERSEY 07013

973 - 778-7575
FACSIMILE
973 - 778-7633

PATRICK C. ENGLISH

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
ALSO ADMITTED IN N.Y.

June 13, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/06

**VIA FACSIMILE 212 805 7930**

Honorable James C. Francis, IV,
United States Magistrate Judge
United State District Court of the
Southern District of New York
500 Pearl Street/Room 1960
New York, New York 10007-1312

> Re: **New Jersey Sports Productions, Inc.**
> **v. Panos Eliades, et al.**
> **Civil Action No. 06-CV-1509**

Dear Judge Francis:

I write per the instructions of Peggy Farber of your office to alert you to the urgency behind the June 9, 2006 letter to the Honorable Harold Baer, Jr., a copy of which is attached to this letter. We wrote Judge Baer pursuant to Local Civil Rule 37.2 and just moments ago received a copy of the order referring the matter to you. (A copy of which is enclosed).

We are attempting to make discovery as simple and cost effective as possible with regard to Don King Productions, Inc. ("DKP"), joined in this matter as a necessary stakeholder. We have to travel to Nevada next week for other business and we have offered to go the office of DKP's Nevada counsel and review the documents there. Unfortunately, we have received no cooperation from DKP.

By way of background, this case involves and alleged assignment of rights in a Nevada action between named defendants Panos Eliades and his associated companies, and Banner Promotions. They won a civil suit against DKP on or about May 16, 2005. Of serious issue, as outlined in the complaint, is Mr. Eliades' habitual habit of fraud and deceit. He has previously been found in contempt by Judge Baer and the High Court of Justice in London has said, "Mr. Eliades is a man prepared to lie on oath if it suits his purposes..." It is of the utmost importance that New Jersey Sports Productions, Inc. has the opportunity to review all documents in connection with the Nevada suit in which Mr. Eliades failed to disclose his interest as required by Judge Baer's previous orders.

DINES AND ENGLISH, L.L.C.
ATTORNEYS AT LAW

Honorable James C. Francis, IV,
United States Magistrate Judge
June 13, 2006
Page 2

    We must make our arrangements to travel to Nevada. Therefore, we respectfully request that the Court immediately schedule an informal conference to attempt to resolve the dispute.

    If the Court requires additional information, we would be happy to provide it.

Respectfully submitted,

DINES AND ENGLISH, L.L.C.

BY: _____
JASON M. SANTARCANGELO

C: Raymond A. Levites, Esq.
Ella A. Kohn, Esq.
James J. Binns, Esq.

6/14/06

DKP shall make the requested documents available for inspection at its counsel's office in Nevada as requested.

SO ORDERED.
James C. Francis IV
USMJ