UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NEW JERSEY SPORTS PRODUCTIONS, INC :**
**d/b/a MAIN EVENTS**

       **Plaintiff,**

**v.**

**PANOS ELIADES, PANIX PROMOTIONS,**
**LTD., PANIX OF THE U.S., INC., BANNER    :**
**PROMOTIONS, INC., DON KING**
**PRODUCTIONS, INC. AND JOHN DOES 1-5    :**

       **Defendants.**

Civil Action No. 06 CV 1509 (HB)

**CLERK'S CERTIFICATE**

  :

  :

  :

  :

---

I, J. MICHAEL MCMAHON, Clerk of the United States Dristrict Court for the Southern

District of New York, do hereby certify that this action commenced on February 22, 2006 with

the filing of a summons and complaint, a copy of the summons and complaint was served on

defendant Panix Promotions, Ltd. in accord with Section 306 of the Business Corporation Law of

the State of New York, when Michael Santarcangelo caused Panix Promotions, Ltd. to be served

by hand delivering to the Secretary of State, State of New York, the Summons, Complaint, Rule

7.1 Disclosure Statement and Service of Process Cover Sheet.  Proof of such service was filed on

May 12, 2006 as Exhibit 2 of Jason M. Santarcangelo's certification in support of Request for

Default.

      I further certify that the docket entries indicate that the defendant, Panix Promotions, Ltd.

has not filed an answer or otherwise moved, with the exception of a letter to the Court on March

29, 2005, which no further action was taken with respect to the complaint herein. The default of

the defendant is hereby noted.

Dated: New York, New York

    June 29, 2006

                                         **J. MICHAEL MCMAHON**
                                             Clerk of Court

                          By: _____
                                        Deputy Clerk