```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEW JERSEY SPORTS PRODUCTIONS, INC.                         :   Index No. 06 Civ. 1509 (HB)
d/b/a MAIN EVENTS,                                          :
                                                            :
                                Plaintiff,                  :
                                                            :   **PROPOSED ORDER**
              - against -                                   :
                                                            :
PANOS ELIADES, PANIX PROMOTIONS,                            :
LTD., PANIX OF THE U.S., INC.,                              :
BANNER PROMOTIONS, INC.,                                    :
DON KING PRODUCTIONS, INC.                                  :
AND JOHN DOES 1-5,                                          :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/06

Davidoff Malito & Hutcher LLP ("DM&H"), attorneys for defendants Panos Eliades ("Eliades") and Panix of the U.S., Inc. ("Panix U.S.") having applied to this Court for an order relieving DM&H as counsel for defendants Eliades and Panix U.S. and granting defendants Eliades and Panix U.S. a stay of all proceedings in this action until thirty (30) days after receiving notice of entry of this order to secure new counsel,

NOW, upon reading the letter of DM&H dated June 29, 2006, and upon all papers herein, and due deliberation having been had thereon, it is

ORDERED that the application of DM&H to be relieved as counsel for plaintiff is granted; and it is further

210347
00344045

ORDERED that no further proceedings shall be taken in this action against Eliades and Panix U.S., without leave of the Court, until thirty (30) days after service of this order with notice of its entry. *It should be noted that no further stays or adjournment will be granted.*

ENTER:   SO ORDERED:

_____
Harold Baer, Jr. U.S.D.J.
Date: 7/6/06

210347
00344045

Endorsement:

It should be noted that no further stays or adjournments will be granted.