# DINES AND ENGLISH, L.L.C.
### ATTORNEYS AT LAW
685 VAN HOUTEN AVENUE
CLIFTON, NEW JERSEY 07013

973 - 778-7575
FACSIMILE
973 - 778-7633

PATRICK C. ENGLISH

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
ALSO ADMITTED IN N.Y.

August 10, 2006

RECEIVED
AUG 1 1 2006
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/06

Honorable Harold Baer, Jr., USDJ
United States District Court
Southern District of New York
500 Pearl Street/Room 2230
New York, New York 10007-1312

    Re: **New Jersey Sports Productions, Inc.**
        **v. Panos Eliades, et al.**
        **Civil Action No. 06-CV-1509**

Dear Judge Baer:

    On July 6, 2006 Your Honor entered an Order relieving counsel and staying all proceedings for thirty days.

    The thirty days have elapsed and there has been no appearance of new counsel on behalf of Mr. Eliades or Panix of the U.S., Inc.

    At the time the stay was granted there was outstanding overdue discovery from Panix of the U.S. and Mr. Eliades.

    Apparently through inadvertence, prior counsel for Mr. Eliades and Panix of the U.S. did not timely copy us on the application to be relieved and we never saw the form of Order until after its entry. We would have suggested certain modifications, but the Order was already entered by the time we saw it.

    We request a status conference with the Court because due to the non-appearance on behalf of Eliades and Panix of the U.S. we are in a position of having properly served, overdue discovery with difficulty in enforcing our rights to compel. Also, we believe the discovery schedule should be extended as a result of the stay that the Court granted.

Honorable Harold Baer, Jr., USDJ
August 10, 2006
Page 2

Finally, we have outstanding discovery issues with respect to defendant Banner Promotions, as outlined more fully in the attached letter to Mr. Levites. We understand that Mr. Levites has had a death in his family and it may be that the extension requested above will give him time to cure the deficiencies, but to the extent there are disputes regarding the outstanding requests these should be resolved sooner rather than later.

Respectfully submitted,

DINES AND ENGLISH, L.L.C.

BY: _____
   PATRICK C. ENGLISH

Encls.
/mat
C: Raymond A. Levites, Esq.
   Ella A. Kohn, Esq.
   Panos Eliades



Endorsement:

      I'm captivated by your creative discovery requests but unclear if you think I should respond - where a party fails to answer and whether he is represented or not assuming its a party that must be - the Federal Rules make clear what to do - Do it - if a conference seems more appealing arrange one with Chambers on the <u>Telephone</u>.