United States District Court
For the Southern District of New York

Patrick C. English, Esq. (PCE 7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc.

| | |
|---|---|
| **NEW JERSEY SPORTS PRODUCTIONS, INC** : <br> d/b/a **MAIN EVENTS** <br> : <br> **Plaintiff,** <br> : <br> v. <br> : <br> **PANOS ELIADES, PANIX PROMOTIONS,** <br> **LTD., PANIX OF THE U.S., INC., BANNER** : <br> **PROMOTIONS, INC., DON KING** <br> **PRODUCTIONS, INC. AND JOHN DOES 1-5** : <br> **Defendants.** : | Civil Action No. 06 CV 1509 <br><br><br> **PROOF OF SERVICE** |

**MARCIA A. TAYLOR**, of full age, certifies as follows:

1. I am a secretary for the law firm of Dines and English, L.L.C. which represents the plaintiff, New Jersey Sports Productions, Inc., in the above captioned matter.

2. On October 9, 2006, I caused a true copy of the following documents:

   a) Notice of Motion to Compel Production of Requested Documents from Panos Eliades and Panix of the U.S., Inc.;
   b) Letter Memorandum in Support of Motion to Compel Discovery from Panos Eliades and Panix of the U.S., Inc.;
   c) Declaration of Jason M. Santarcangelo, Esq. in Support of Motion to Compel Discovery from Panos Eliades and Panix of the U.S., Inc.;
   d) Order to Compel Production of Documents from Panos Eliades and Panix of the U.S., Inc.;
   e) Notice of Motion to Compel Production of Requested Documents from Banner Promotions, Inc.;

  f)  Letter Memorandum in Support of Motion to Compel Discovery from Banner Promotions, Inc.;
  g)  Declaration of Jason M. Santarcangelo, Esq. in Support of Motion to Compel Discovery from Banner Promotions, Inc.;
  h)  Order to Compel Production of Documents from Banner Promotions, Inc.;
  i)  Notice of Motion for Leave to Amend the Complaint;
  j)  Letter Memorandum;
  k)  Declaration of Patrick C. English in Support of Motion for Leave to Amend Complaint;
  l)  Order,

to be sent via first class mail to:

  Panos Eliades
  Albany House
  18 Theydon Road
  London, England E5 9NZ

  Panix of the U.S., Inc. and Panix Promotions, Ltd.
  c/o Stanley C. Ruchelman, Esq., Registered Agent
  625 Madison Avenue/12th Floor
  New York, NY 10022

3. On October 6, 2006 documents a) through h) were sent via first class mail to:

  Raymond A. Levites, Esq.
  Levites & Associations, LLC
  1251 Avenue of the Americas/Ste. 920
  New York, New York 10020

and on September 29, 2006 documents i) through l) were sent to Raymond Levitites, Esq. at the same address.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I will be subject to punishment.

*Marcia A. Taylor*
MARCIA A. TAYLOR

Date: October 9, 2006