**LEVITES & ASSOCIATES, LLC**
1251 AVENUE OF AMERICAS
SUITE 920
NEW YORK, NEW YORK 10020
(212) 688-0500
TELECOPIER   (212) 688-0012
e-mail: leviteslaw@aol.com

Hon. James C. Francis IV                                                       November 20, 2006
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

       Re: New Jersey Sports Productions, Inc. v. Panos Eliades, et al.
           <u>Civil Action No. 06-CV-1509</u>

Dear Judge Francis:

      We write as counsel for defendant Banner Promotions Inc. ("Banner").

      Further to my conversation with Mr. English, counsel for plaintiff "Main Events", this is to let you know that our client Banner prefers to have this case decided in Judge Baer's courtroom here, in New York. Accordingly, our affirmative defenses going to a lack of venue and jurisdiction because Banner, a Delaware corporation with its office in Philadelphia, had no business presence in New York, are now moot.

      Therefore, as Mr. English has confirmed to me, his Second Supplemental Document Demand, numbers 1 through 10, have been withdrawn and would not require any attention from the court. I thought Your Honor ought to know this. It is my understanding that Mr. English, whose Motion this is, will be writing you to the same effect.

      Thank you.

                                       Yours sincerely,
                                       LEVITES & ASSOCIATES, LLC

                                       By: /s/ R.G. Levites
                                            Raymond Levites

cc: Patrick English, Esq. (by telecopier and mail)
    Dines & English, LLC
    Banner Promotions, Inc. (by telecopier)

CONNECTICUT
-FEDERAL BAR ONLY-
MEMBER RIVERSIDE WEST, LLC
327 RIVERSIDE AVENUE, WESTPORT, CT 06880
(203) 226-9393
Telecopier (203) 222 4833

L/15743