```
------------------------------------------X
New Jersey Sports Products, Inc              :
d/b/a/ Main Events                           :
                                             :
                    v.                       :
                                             :
Panos Elides et. al.                         :
                                             :
------------------------------------------X
```

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/06

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

06 Civ. 1509 (HB) (JCF)

The above entitled action is referred to the designated Magistrate Judge Francis for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:*
_General discovery disputes_

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: \_\_\_\_

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached,** which remains in force.

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          11/15/06

_/s/ signature_
United States District Judge

Revised: 8/29/05