```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEW JERSEY SPORTS PRODUCTIONS INC.　:
d/b/a/ MAIN EVENTS,
　　　　　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　06 Civ. 1509 (HB)
　　　　- against -　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　**ORDER**
PANOS ELIADES, et. al.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　:
------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

　　　　WHEREAS, Plaintiff New Jersey Sports Productions has filed a Motion for Leave to Amend their Complaint on September 29, 2006, which Defendant Banner does not oppose; and

　　　　WHEREAS, Plaintiff New Jersey Sports Productions has filed Motions to Compel Discovery from Defendants Banner and Defendants Panos Eliades and Panix of the U.S., respectively, on October 6, 2006; and

　　　　WHEREAS, the parties met for a conference in this Court's chambers on November 14, 2006; and

　　　　WHEREAS, Defendant Banner requested a stay of the case pending the outcome of litigation it is involved in before the Nevada Supreme Court; and

　　　　WHEREAS, Defendants Panos Eliades and Panix of the U.S. remain without counsel and have not appeared in this case since July 7, 2006; it is hereby

　　　　ORDERED that this Court declines to impose any stay of these proceedings; and it is further

　　　　ORDERED that Plaintiff New Jersey Sports Productions' Motion for Leave to Amend their Complaint is granted; and it is further

　　　　ORDERED that Plaintiff New Jersey Sports Productions' Motion to Compel Discovery from Defendants Panos Eliades and Panix of the U.S. is granted; and it is further

ORDERED that all other general discovery disputes, including disputes regarding Plaintiff New Jersey Sports Productions' Motion to Compel Discovery from Defendant Banner, are referred to Magistrate Judge James Francis for resolution, as set out in a separate Order. All other deadlines in the Pretrial Scheduling Order remain in force.

SO ORDERED.
November 22, 2006
New York, New York

_____
U.S.D.J.