```
UNITED STATES DISTRICT COURT                  (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
NEW JERSEY SPORTS PRODUCTION, INC., :  06 Civ. 1509 (HB) (JCF)
d/b/a MAIN EVENTS,                  :
                                    :          O R D E R
              Plaintiff,            :
                                    :
     - against -                    :
                                    :
PANOS ELIADES, PANIX PROMOTIONS,    :
LTD., PANIX OF THE U.S., INC.,      :
BANNER PROMOTIONS, INC.,DON KING    :
PRODUCTIONS, INC.,                  :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - - :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/06

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on December 7, 2006, it is hereby ORDERED as follows:

1. By December 8, 2006 counsel for plaintiff shall provide to counsel for Banner Promotions Inc. ("Banner") a list of witnesses pursuant to Fed. R. Civ. P. 26(a).

2. On December 12, 2006, counsel for Banner shall inspect the requested documents at the offices of plaintiff's counsel. The documents may be produced as they are kept in the normal course of business, with plaintiff's counsel providing an index of the files provided. (This need not identify individual documents). Banner's counsel may copy documents at the inspection or send them out for copying at Banner's expense.

3. The deposition of Banner will be conducted on December 11, 2006; the deposition of plaintiff will be conducted on December 13, 2006. Each deposition will be held at the offices of the attorney taking the deposition and shall begin at 10:00 a.m.

1

4. Counsel for Banner shall contact Mr. Martin, an attorney who represented Banner in a prior arbitration, and determine whether all documents related to that arbitration have been made available to plaintiff.

SO ORDERED.

*[signature: James C. Francis IV]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         December 7, 2006

Copies mailed this date:

Patrick C. English, Esq.
Jason M. Santarcangelo, Esq.
Dines and English, LLC
686 Van Houten Avenue
Passaic, New Jersey 07013

Raymond A. Levites, Esq.
Levites & Associates, LLC
1251 Avenue of the Americas, Suite 920
New York, New York 10020