United States District Court
For the Southern District of New York

Jason M. Santarcangelo, Esq. (JMS 4492)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc.

---

| | |
|---|---|
| **NEW JERSEY SPORTS PRODUCTIONS, INC** d/b/a **MAIN EVENTS** : | Civil Action No. 06 CV 1509 (HB) |
| **Plaintiff,** : | |
| v. : | **PROOF OF SERVICE** |
| PANOS ELIADES, PANIX PROMOTIONS, LTD., PANIX OF THE U.S., INC., BANNER PROMOTIONS, INC., DON KING PRODUCTIONS, INC. AND JOHN DOES 1-5 : | |
| **Defendants.** : | |

---

**MARCIA A. TAYLOR**, of full age, certifies as follows:

1. I am a secretary for the law firm of Dines and English, L.L.C. which represents the plaintiff, New Jersey Sports Productions, Inc., in the above captioned matter.

2. On January 18, 2007, I caused a true copy of the following documents:

   a) Notice of Motion for Order Finding Panos Eliades and Panix of the U.S., Inc. in Contempt;

   b) Affidavit of Jason M. Santarcangelo, Esq. in Support of Motion for Order Finding Panos Eliades and Panix of the U.S., Inc. in Contempt;

   c) Letter Memorandum in Support of Contempt Motion;

   d) Proposed Order,

to be sent via overnight mail to:

Panos Eliades
Albany House
18 Theydon Road
London, England E5 9NZ

Panix of the U.S., Inc.
c/o Stanley C. Ruchelman, Esq., Registered Agent
625 Madison Avenue/12th Floor
New York, NY 10022

    4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I will be subject to punishment.

*[signature]*
MARCIA A. TAYLOR

Date: January 18, 2007