**LEVITES & ASSOCIATES, LLC**
1251 AVENUE OF AMERICAS
SUITE 920
NEW YORK, NEW YORK 10020
(212) 688-0500
TELECOPIER (212) 688-0012
e-mail: leviteslaw@aol.com

<u>By Telecopier Transmission</u>                              January 24, 2007
Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street/Room 2230
New York, New York 10007-1312

      Re: New Jersey Sports Productions, Inc. v. Panos Eliades, et al.
          <u>Civil Action No. 06-CV-1509</u>

Dear Judge Baer:

    We write as counsel to defendant Banner Promotions, Inc.

    I regret that I was not in a position to respond to Your Honor's request as transmitted by Mr. Noferi in respect of the application by Plaintiff's counsel for the imposition of sanctions, specifically, a finding of contempt against defendants Mr. Panos Eliades and Panix of the U.S., Inc.

    In all of the circumstances, it does not seem appropriate for us to take any position as to these matters at this time. We do appreciate the Court's unvarying courtesy and having been afforded the opportunity to be heard.

                                     Yours sincerely,
                                       Raymond Levites

RAL: nmr

cc: James J. Binns, Esq. by telecopier
    James J. Binns, P.C.
    Dines & English, LLC by telecopier
    Patrick English, Esq.

CONNECTICUT
-FEDERAL BAR ONLY-
MEMBER RIVERSIDE WEST, LLC
327 RIVERSIDE AVENUE, WESTPORT, CT 06880
(203) 226-9393
Telecopier (203) 222 4833

L/15748