ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/07

New Jersey Sports Productions

v.

Panos Eliades, et al.

---------------------------------------------------------X

~~ORDER OF~~ REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 1509 (HB) (JF)

James Francis

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
All general discovery disputes, per my 11/22/06 Order.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: ___

Matter is to be resolved in concert with the Pretrial Scheduling Order attached, which remains in force.

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         2/7/07

[signature]
United States District Judge

Revised: 8/29/05