United States District Court
For the Southern District of New York

Jason M. Santarcangelo, Esq. (JMS 4492)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc.

| | |
|---|---|
| **NEW JERSEY SPORTS PRODUCTIONS, INC** d/b/a **MAIN EVENTS** : : **Plaintiff,** : : v. : : **PANOS ELIADES, PANIX PROMOTIONS, LTD., PANIX OF THE U.S., INC., BANNER PROMOTIONS, INC., DON KING PRODUCTIONS, INC. AND JOHN DOES 1-5** : : **Defendants.** : | Civil Action No. 06 CV 1509 (HB)<br><br>**PROOF OF SERVICE** |

**MARCIA A. TAYLOR**, of full age, certifies as follows:

1. I am a secretary for the law firm of Dines and English, L.L.C. which represents the plaintiff, New Jersey Sports Productions, Inc., in the above captioned matter.

2. On February 21, 2007, I caused a true copy of the following documents:

   a)   Letter Memorandum in Support of Contempt Motion;

   b)   Certification of Jason M. Santarcangelo, Esq. in Support of Contempt Motion;

   c)   Affidavit of Jason M. Santarcangelo, Esq. in Support of a Finding of Contempt Against Panos Eliades and Panix of the U.S., Inc. previously electronically filed on January 18, 2007;

to be sent regular mail to:

**Panos Eliades**
**Albany House**
**18 Theydon Road**
**London, England E5 9NZ**

**Panix of the U.S., Inc.**
**Albany House**
**18 Theydon Road**
**London, England E5 9NZ**

3. A copy of the enclosed documents to Panos Eliades and Panix of the U.S., Inc. was sent in the same regular mail envelope.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I will be subject to punishment.

_____
MARCIA A. TAYLOR

Date:  February 21, 2007