DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/07

RECEIVED
28 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

## DINES AND ENGLISH, L.L.C.
ATTORNEYS AT LAW
685 VAN HOUTEN AVENUE
CLIFTON, NEW JERSEY 07013

973 - 778-7575
FACSIMILE
973 - 778-7633

PATRICK C. ENGLISH

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
ALSO ADMITTED IN N.Y.

February 28, 2007

Honorable Harold Baer, Jr., USDJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street/Chambers 2230
New York, New York 10007-1312

    Re: **New Jersey Sports Productions, Inc.**
        **v. Panos Eliades, et al.**
        <u>**Civil Action No.: 06 CV 1509 (HB)**</u>

Dear Judge Baer:

    Kindly accept this as a joint request with Mr. Levites to adjourn the trial date in the above matter.

    The Court will recall that this case involves the proceeds of a lawsuit brought by defendants against Don King Productions, Inc. in Nevada. That case was won by defendants but is on appeal. If the appeal is successful there is nothing to argue about here.

    When we first met for the initial scheduling conference this was discussed. Staying the entire case was suggested by defendants, but ultimately the Court ruled that discovery would proceed. Your Honor also said that if the appeal was not decided Your Honor would not require a proposed pre-trial Order until the Nevada appeal was decided.

    There was an extended delay in Nevada due to a Court required mediation. Mr. Levites and I have each checked and we have each been informed that the final briefs are due on March 15. However, we have also been informed that the case will not be decided for "many months" thereafter and certainly not by the scheduled trial date. When the matter is decided the decision will likely be a final one as there is no intermediate Appellate Court in Nevada.

**DINES AND ENGLISH, L.L.C.**
ATTORNEYS AT LAW

Honorable Harold Baer, Jr., USDJ
February 28, 2007
Page 2

    In accordance with the decision held at the initial scheduling conference, both sides jointly request that the trial date be rescheduled to allow the Nevada Supreme Court to Rule. Except as to the ever recalcitrant Panos Eliades, against whom a motion is pending before Judge Francis, discovery has been completed and trial can be scheduled in short order when the Nevada Supreme Court rules.

    While we know that the Court looks upon adjournment request with disfavor, in this particular case this is precisely what was contemplated at the time of the initial scheduling conference if the appeal was decided and we hope that the Court will take this into consideration.

Respectfully submitted,

DINES AND ENGLISH, L.L.C.

BY: _____
PATRICK C. ENGLISH

/mat
C: Raymond Levites, Esq.
   James J. Binns, Esq.
   Panos Eliades
   Panix of the U.S., Inc.

*3/6/07 — I will put the matter on my suspense calendar but not forever. By Sept 7 if I don't hear from you I will conclude that the matter has been resolved one way or another + will dismiss the matter — SO ORDERED*

*/s/ Harold Baer*
USDJ

Endorsement:

    I will put the matter on my suspense calendar but not forever. By September 7 if I don't hear from you I will conclude that the matter has been resolved one way or another and will dismiss the matter.