**DINES AND ENGLISH, L.L.C.**

ATTORNEYS AT LAW

685 VAN HOUTEN AVENUE

CLIFTON, NEW JERSEY 07013

973 - 778-7575

FACSIMILE

973 - 778-7633

PATRICK C. ENGLISH

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
ALSO ADMITTED IN N.Y.

December 20, 2007

Honorable Harold Baer, Jr., USDJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street/Chambers 2230
New York, New York 10007-1312

    Re: **New Jersey Sports Productions, Inc.**
         **v. Panos Eliades, et al.**
         <u>**Civil Action No.: 06 CV 1509 (HB) – Status Report**</u>

Dear Judge Baer:

    By endorsed memo of September 10, 2007, the Court requested that we file an additional status report by December 24. Kindly accept this letter as that status report. A copy of our prior status report, dated September 6, with your endorsement, is annexed for easy reference.

    Sadly not all Courts are as expeditious with their dockets as is Your Honor. As of this writing all written submissions in the Nevada case were completed over six months ago. Our inquiries disclose that the case is not scheduled for oral argument (granted in only a minority of cases), however we have no way of knowing how close the Nevada Supreme Court may be to issuing a decision. A decision could be imminent or not and we simply have no way of ascertaining that fact. Opinions are issued, generally, on a weekly basis and the sole reason that we delayed making this report was that pursuant to schedule, opinions were released today. The underlying case was not among them.

    We have a suggestion. Both parties agree that the value of this instant case, and indeed, whether it should proceed, is dependent upon the result of the Nevada Supreme Court. While the Nevada Supreme Court would not be likely to answer an attorney as to how close it is to rendering a decision, I hope that this would not be so for another Judge who is attempting to manage his own docket. Thus perhaps the Court could consider placing a call to the Chief Judge of the Nevada Supreme Court to inquire as to the expected time for a resolution?

DINES AND ENGLISH, L.L.C.
ATTORNEYS AT LAW

Honorable Harold Baer, Jr., USDJ
December 20, 2007
Page 2

      We know that this status report will be unsatisfying to the Court since we could not develop more specific information. However, it is accurate in its indefiniteness.

                                 Respectfully submitted,

                                 DINES AND ENGLISH, L.L.C.

               BY:   _____
                           PATRICK C. ENGLISH

/mat
C: All Counsel