**DINES AND ENGLISH, L.L.C.**

ATTORNEYS AT LAW

685 VAN HOUTEN AVENUE

CLIFTON, NEW JERSEY 07013

---

973 - 778-7575

FACSIMILE

973 - 778-7633

PATRICK C. ENGLISH

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
ALSO ADMITTED IN N.Y.

April 11, 2008

Honorable Harold Baer, Jr., USDJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street/Chambers 2230
New York, New York 10007-1312

    Re: **New Jersey Sports Productions, Inc.
        v. Panos Eliades, et al.
       <u>Civil Action No.: 06 CV 1509 (HB) – Status Report</u>**

Dear Judge Baer:

    There has been some movement, however slow, in this case.

    On March 6, 2008 the Nevada Supreme Court held oral argument in the underlying case. However, no decision has been rendered.

    The Court in its last correspondence asked us to inform it by April 15 whether we wished to proceed. While we would have preferred to wait until a ruling by the Nevada Supreme Court, in the absence of such a ruling, and faced with the necessity of making a decision, we ask that the Court restore this matter to its active list rather than dismiss without prejudice.

                                             Respectfully submitted,

                                             DINES AND ENGLISH, L.L.C.

                        BY: _____
                                             PATRICK C. ENGLISH

/mat
C: Raymond A. Levites, Esq.