**LEVITES & ASSOCIATES, LLC**
1251 AVENUE OF AMERICAS
SUITE 920
NEW YORK, NEW YORK 10020
(212) 688-0500
TELECOPIER (212) 688-0012
e-mail: lawlev@aol.com

April 22, 2008

Honorable Harold Baer, Jr., USDJ
Daniel Patrick Moynihan United States Court House
500 Pearl Street/ Chambers 2230
New York, New York 1007

      Re: *New Jersey Sports Productions, Inc. v. Panos Eliades, et al.*
           <u>Civil Action No. : 06 CV 1509 (HB)</u>

Dear Judge Baer:

    We hope this finds Your Honor well.

    We write as counsel for the defendant Banner Promotions, Inc. to request that the referenced lawsuit be dismissed forthwith in accordance with Your Honor's previous Order.

    This case was commenced in February of 2006. After multiple delays, last December 28 Your Honor entered the following hand written order, a copy of which is attached for the Court's convenience. It appears to read:

> "My view is that the matter will be dismissed without prejudice and off my docket come April 15, should you choose to share this (and I wouldn't bet on it making much difference) with the Nevada Court you are welcome to do so."

    The Clerk may have erred in his typed endorsement (also enclosed) which reflected Your Honor's Order as providing for dismissal "with *due* prejudice."(emphasis added)

    On April 11, 2008 counsel for plaintiffs incorrectly wrote to this Court that "The Court in its last correspondence asked us to inform it by April 15 whether we wished to proceed" and then, just to the contrary of your ruling, requested that the case be restored to the active calendar.

    We respectfully request that the case be dismissed.

                                     Yours sincerely,

                                     Raymond A. Levites

Encl.

L/15854

**DINES AND ENGLISH, L.L.C.**
ATTORNEYS AT LAW

Honorable Harold Baer, Jr., USDJ
December 20, 2007
Page 2

We know that this status report will be unsatisfying to the Court since we could not develop more specific information. However, it is accurate in its indefiniteness.

Respectfully submitted,

DINES AND ENGLISH, L.L.C.

BY: _____
PATRICK C. ENGLISH

/mat
C: All Counsel

*[Handwritten note from the judge, largely illegible:]* That they have indicated this matter will be dismissed with/without prejudice to/and [illegible] docket come of [illegible] (5) & I [illegible] you chose to shut this — let on it which much difference can it [illegible] with the [illegible] welcome to do so.

SO ORDERED: _____
Harold Baer, Jr. U.S.D.J.
Date: 1/28/0[?]

Endorsement:

My view is that the matter will be dismissed with due prejudice and off my docket come April 15, should you choose to share this ( I wouldn't bet on it making much difference) with the Nevada Court you are welcome to do so.